BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:

JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION

This Document Relates to:
*Taylor Thompson v. Robinhood Financial LLC*,
C.D. Cal., 2:21-cv-02230-VAP-MRW

MDL NO. 2989

**DECLARATION OF KEVIN J. ORSINI IN SUPPORT OF ROBINHOOD FINANCIAL LLC'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 1 (CTO-1) AS TO *THOMPSON***

I, Kevin J. Orsini, declare as follows:

1. I am an active member of the Bar of the State of New York and the Bar of the State of New Jersey and am a Partner at the law firm of Cravath, Swaine & Moore LLP, attorneys of record for Defendant Robinhood Financial LLC ("Robinhood").  I have personal knowledge of the facts stated in this Declaration and if called upon to do so, I could and would so testify.

2. I respectfully submit this Declaration in support of Robinhood's Opposition to Plaintiff's Motion to Vacate the Conditional Transfer Order No. 1.

3. Attached hereto as Exhibit 1 is a true and correct copy of a letter from Judge Wm. Terrell Hodges, Chairman of the Judicial Panel on Multidistrict Litigation, to Judge Mark E. Fuller and Judge Myron H. Thompson of the United States District Court for the Middle District of Alabama, dated January 20, 2006, filed in *In re Zyprexa Products Liability Litigation*, No. 1:06-cv-00259-WS-B, Dkt. No. 21-1.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 17, 2021 in New York, New York.

*/s/ Kevin J. Orsini*
Kevin J. Orsini