BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION<br><br>This Document Relates to:<br>*Taylor Thompson v. Robinhood Financial LLC*,<br>C.D. Cal., 2:21-cv-02230-VAP-MRW | **MDL NO. 2989** |

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel for Multidistrict Litigation, the undersigned hereby certifies that on May 17, 2021, a copy of the foregoing was filed via the JPML CM/ECF System, which will send a notice of electronic filing to all counsel of record.

Dated: May 17, 2021

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini
New York Bar No. 4261806
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel:   (212) 474-1000
Fax:   (212) 474-3700
korsini@cravath.com

*Attorneys for Defendant Robinhood Financial LLC*